UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Metlife Auto & Home
         Plaintiff

v.                                         CIVIL ACTION NO. 10-10679-GAO

ADT Security Systems, Inc. and
         Sedgwick CMS
              Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'Toole, D.J.

In accordance with the Court's Order dated March 31, 2011 granting the defendants' Motions for Summary Judgment (dkt. nos. 16 & 17) in the above entitled action, it is hereby ORDERED : Judgment for the Defendants.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 3/31/2011                By /s/Christopher Danieli
                                         Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)